UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE WORLD TRADE CENTER SITE LITIGATION      21 MC 100 (AKH)

THIS DOCUMENT APPLIES TO ALL WORLD TRADE CENTER DISASTER LITIGATION

# RETURN OF SERVICE

| | DATE 01/05/09 |
|---|---|
| Service of the Summons and Complaints[1] was made by me[2], | |
| NAME OF SERVER (PRINT) Charles Thompson | TITLE Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: Maxine Rotzler

☐ Returned unexecuted: _____

☑ Other (specify): Pursuant to FRCP Rule 4 (h) by serving a copy of the Summons and Complaint with the Authorized Agent of Defendant(s) at

John Sparling
London Fischer, LLP
59 Maiden Lane
New York, NY  10038-

For the following Defendant(s):

TURNER CONSTRUCTION CO.,; AND TURNER CONSTRUCTION COMPANY

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  01/05/09
        Date

Signature of Server

115 Broadway
Address of Server

---

[1] See attached rider
[2] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure


236 248 54 50

# Service Rider

| File No | Plaintiff | Index Number | Date Filed |
|---|---|---|---|
| 12663 | Richard Biglin (and Wife, Yanela Biglin) | 06cv13620 | 11/30/2006 |
| 6991 | Jorge Blanco (and Husband, Dora Blanco) | 06cv13619 | 11/30/2006 |
| 6932 | Leon Bovell (and Husband, Stephanie Bovell) | 06cv13618 | 11/30/2006 |
| 1257 | Andrew F. Carson (and Wife, Bonnie M Carson) | 06cv7961 | 10/18/2006 |
| 11496 | Joseph D'Angelo (and Wife, Janette D'Angelo) | 06CV8369 | 10/11/2006 |
| 12768 | George Davino (and Wife, Maryana Davino) | 06cv13617 | 11/30/2006 |
| 12172 | Fernando Dias (and Wife, Sandra Dias) | 06CV8223 | 10/6/2006 |
| 10962 | Christopher Edwards | 06CV7403 | 9/18/2006 |
| 9796 | Brian Gallagher (and Wife, Stephanie Gallagher) | 06cv7194 | 9/19/2006 |
| 12034 | Anthony Gallo (and Wife, Audrey Gallo) | 06CV13616 | 11/30/2006 |
| 12662 | Sebastiano Giangregorio (and Wife, Lisa Giangregorio) | 06cv13615 | 11/30/2006 |
| 5592 | Robert J Hanley | 06CV0279 | 12/1/2006 |
| 12718 | Michael Joy (and Wife, Joanne K Joy) | 06cv13614 | 11/30/2006 |
| 13079 | James Kostoplis | 06cv13613 | 11/30/2006 |
| 3454 | Rene Lopez (and Husband, Juhenne Lopez) | 06CV13612 | 11/30/2006 |
| 7751 | Angel Marengo | 06CV11535 | 1/28/2005 |
| 4406 | Robert Mattes (and Wife, Tania Mattes) | 06cv7195 | 9/16/2006 |
| 2798 | Shane Moran | 06CV13167 | 1/28/2005 |
| 14321 | Michael Mullen | 06CV13611 | 11/30/2006 |
| 12974 | Patrick Mulligan (and Wife, Sandra Mulligan) | 06cv13621 | 11/30/2006 |
| 11454 | Daron Nesmith (and Wife, Nikusha D Nesmith) | 06CV8221 | 10/6/2006 |
| 13421 | Christine Nicastro | 06cv13622 | 11/30/2006 |
| 6569 | William Oliveri (and Wife, Antionette Olivieri) | 06CV7914 | 10/2/2006 |
| 9540 | Robert Ryan (and Wife, Donna Ryan) | 05cv5840 | 11/30/2006 |
| 12881 | Kevin Shinnick (and Wife, Louise Shinnick) | 06cv13623 | 11/30/2006 |
| 10698 | Francis X Thomas | 06cv13624 | 11/30/2006 |

26   Group:   Out   In: